Arturo Hernandez-M., Attorney at Law; State Bar No. 108980
LAW OFFICES OF ARTURO HERNANDEZ-M.
15 South 34th Street
San Jose, California 95116
Phone: (408) 729-5785
Fax: (408) 729-0167
Email: Artlawoff@aol.com

Attorney for Defendant JOEL CUEVAS-REVUELTA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CRIMINAL NO. 3:11-cr-00357-WHA-02 |
| ) | |
| Plaintiff, ) | ~~(PROPOSED)~~ **COURT ORDER** |
| vs. ) | **TO CONTINUE SENTENCING** |
| ) | |
| JOEL CUEVAS-REVUELTA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based upon the Stipulation of the parties, and good cause appearing, the Court grants the parties' request to vacate the sentencing hearing date of May 22, 2012. It is further ordered that the matter be set for Sentencing on July 17, 2012 at 2:00 p.m.

DATED: May 21, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE